No. 72–1046. SAN JACINTO JUNIOR COLLEGE ET AL. *v.* HANDER. C. A. 5th Cir. Certiorari denied.

No. 72–1191. KAHN *v.* UNITED STATES; and
No. 72–1193. TELEPROMPTER CORP. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–1199. CULPEPPER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 72–1204. PEARSON CANDY CO., A DIVISION OF W. R. GRACE & CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied.

No. 72–1214. SILVERMAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–1282. BOWSER *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 72–1288. UNITED PACIFIC INSURANCE CO. *v.* DISCOUNT CO., INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 72–1292. INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS *v.* REEVE ALEUTIAN AIRWAYS, INC. C. A. 9th Cir. Certiorari denied.

No. 72–1294. WASHINGTON KELPERS ASSN. *v.* WASHINGTON ET AL. Sup. Ct. Wash. Certiorari denied.

No. 72–1308. SHUTLER ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.